UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-80086-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TYRONE JOHNSON, JR.,

    Defendant.
_____/

FILED by _____ D.C.
OCT - 2 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court for a final probable cause hearing on a petition for violations of supervised release. The Defendant, TYRONE JOHNSON, JR., appeared before the Court on September 26, 2012, represented by AFPD Peter Birch. The Defendant is charged with testing positive for marijuana on 7/27, 8/2, 8/15, 8/22, 8/29, 9/26/ 10/11, 10/31, 11/7, 11/21, and 12/5, 2011, and 7/16/2012. The defendant admitted to the violations.

The Court finds that the Defendant knowingly, intelligently, and voluntarily admits to violating his supervised release and would like to proceed to sentencing. The Court also finds that the Defendant knowingly, intelligently, and voluntarily waives his rights to a final probable cause hearing.

The Court **RECOMMENDS** that the District Court accept the Defendant's admission and find the Defendant guilty.

Pursuant to Local Magistrate Rule 4(b), a party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Senior United States District Court Judge Daniel T.K. Hurley within fourteen days of being served with a copy of this Report and

Recommendation. Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. *See United States v. Warren*, 687 F.2d 347, 348 (11th Cir.1982), *cert. denied*, 460 U.S. 1087 (1983).

**DONE and SUBMITTED** in Chambers at West Palm Beach in the Southern District of Florida, this 2 day of October, 2012.

*James M. Hopkins*

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

Copies to:
Honorable Daniel T.K. Hurley, Senior United States District Judge
Counsel of record
U.S. Marshal
U.S. Probation
Clerk of Court